JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT - 2 2012
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SIMON ARAGON, an individual, SCOTT BERTON, an individual, TAE SIL CHENG, an individual, LORI COLE, an individual; SUSAN DYER, an individual, JIM ERHART, an individual, MAT GELARDO, an individual, BRANDON LUGO, an individual, J.R. LUGO, an individual, JAMES PRENTICE, an individual, RHONDA PRENTICE, an individual, TONY PRENTICE, an individual, JUDY WELDY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a municipal corporation, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, CHRIS HENNING, an individual, ANTHONY LeBERGE, an individual, DARREN HARRIS, an individual; WOLF'S BOUQUET UNION & TOWING, INC., a California corporation dba WOLF'S TOWING AND AUTO REPAIR; MID VALLEY TOWING, INC. and DOES 1-10,<br><br>Defendants. | CASE NO. CV11-09247 R (SHx)<br><br>[PROPOSED] JUDGMENT ON ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES ON BEHALF OF DEFENDANTS COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, CHRIS HENNING, DARREN HARRIS, and JACQUES A. LA BERGE<br><br>(Assigned to Judge Manuel L. Real Courtroom "8")<br><br>DATE: October 1, 2012<br>TIME: 10:00 a.m.<br>COURTROOM: "8"<br><br>Action Filed: August 31, 2012<br>Trial Date: October 23, 2012 |

/ / /

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

The motion for summary judgment or, in the alternative, summary

adjudication of the issues, on behalf of defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, CHRIS HENNING, DARREN HARRIS, and JACQUES A. LA BERGE came on regularly for hearing on October 1, 2012 at 10:00 a.m. in Courtroom "8" of the above-entitled Court, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered.

IT IS ORDERED AND ADJUDGED that:

(1) Plaintiffs SIMON ARAGON, SCOTT BERTON, TAE SIL CHENG, LORI COLE, MAT GELARDO, JAMES PRENTICE, and TONY PRENTICE shall take nothing against defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, CHRIS HENNING, DARREN HARRIS, and JACQUES A. LA BERGE.

(2) Defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, CHRIS HENNING, DARREN HARRIS, and JACQUES A. LA BERGE shall have judgment against plaintiffs SIMON ARAGON, SCOTT BERTON, TAE SIL CHENG, LORI COLE, MAT GELARDO, JAMES PRENTICE, and TONY PRENTICE.

(3) Defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, CHRIS HENNING, DARREN HARRIS, and JACQUES A. LA BERGE shall be entitled to costs pursuant to *Federal Rules of Civil Procedure*, Rule 54.

DATED: Oct. 2, 2012

United States District Judge